## (April 18, 1956)

■ ELIZABETH KENNETT, Respondent, v. JOHN P. KENNETT, Appellant.— In an action for separation, the appeal is from an order granting respondent temporary alimony of $40 a week and a counsel fee of $350. Order affirmed, with $10 costs and disbursements. No opinion. This case should be tried at the earliest possible date. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## (April 23, 1956)

■ AMBASSADOR REALTY CO., INC., Respondent, v. ALEXANDER NICOLAY, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. An order of reference to hear and report is not appealable. (*Bazel* v. *Bazel*, 282 App. Div. 952; *Gordon* v. *Gordon*, 286 App. Div. 967.) No appeal lies from an order denying a motion for resettlement which seeks only to modify or change the relief granted by the original order. (*Paliotto* v. *Hartman*, 285 App. Div. 1188; 8 Carmody-Wait on New York Practice, p. 521; *Bergin* v. *Anderson*, 216 App. Div. 844.) Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ MARTIN H. BARAD, Respondent, v. OXFORD-GUILFORD CORP., Appellant. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ ANTHONY GIRGENTI, Plaintiff, v. DATON REALTY CO., INC., et al., Defendants; COMMERCIAL TRADING CO., Respondent, and PYRAMID EQUIPMENT CORP. et al., Appellants.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ CITY OF NEW YORK, Respondent, v. CHAPMAN DOCKS COMPANY, Appellant.— Motion referred to the court that rendered the decision. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 895.]

■ In the Matter of the Application of IVAN V. KERNO, Formerly IVAN VLADO KRNO, for Admission to the Bar.— Application for admission to the Bar denied upon the ground that the applicant has failed to furnish satisfactory proof that he is and has been an actual resident of the State of New York for not less than six months immediately preceding the making of such application for admission as required by paragraph (3) of subdivision (f) of rule 1 of the Rules of Civil Practice. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ CAROL KULVANY, an Infant, by CHARLOTTE KULVANY, Her Guardian ad Litem, Respondent, et al., Plaintiff, v. OHRBACH'S INC., Defendant, and Third-Party Plaintiff-Appellant. OTIS ELEVATOR COMPANY, Third-Party Defendant-Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ GEORGE QUINT, Appellant, v. CITY OF WHITE PLAINS, Respondent.— Motion referred to the court that rendered the decision. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy and Hallinan, JJ.; Wenzel, J., not voting. [See *ante*, p. 851.]